UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-245-4BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **AMENDING JUDGMENT** |
| CARL J. BOYER | ) | |
| | ) | |

This matter is before the Court on the Government's Motion to Correct Judgment in a Criminal Case pursuant to Fed. R. Crim. P. 35(a) and 36. Upon good cause shown, the motion is GRANTED.

The arithmetical or clerical error in the sentence is corrected, and the Judgment in a Criminal Case amended to reflect the correct amount of restitution is $56,485.97. Except as herein modified, all other conditions of the original judgment shall remain in full force and effect.

SO ORDERED, this __78__ day of __November__, 2018.

_Terrence Boyle_
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE